UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21114-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARY A. WILLIAMS,

    Defendant.
_____/

## ORDER CLARIFYING ORDER GRANTING MOTION TO RE-OPEN CASE AND ORDER RE-CLOSING THE CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the record

THE COURT entered Final Default Judgment in this case on **June 21, 2006**. This case was properly closed as of that date. The case is restored to the docket for post-judgment proceedings only. Motions related to the collection of judgment may be filed, but the case is not re-opened in its entirety. Therefore, the clerk is directed to **RE-CLOSE** the case, but to continue to accept post judgment motions.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Steven M. Davis, Esq.

Mary A. Williams
15 NE 187th St.
N. Miami Beach, FL 33179